1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
   Michael A. Urban, Nevada State Bar No. 3875
2  Seth T. Floyd, Nevada State Bar No. 11959
   4270 S. Decatur Blvd. Suite A-9
3  Las Vegas, Nevada 89103
4  Telephone:  (702) 968-8087
   Facsimile:  (702) 968-8088
5  Electronic Mail:  murban@luch.com
                    sfloyd@luch.com
6  *Counsel for Plaintiffs/Judgment Creditors*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN PLUMBERS, INC., and PETER MALONE <br><br> Defendants. | 2:15-cv-00611-JAD-VCF <br> CASE NO.:  ~~2:15-ms-00015~~ <br><br> ~~[PROPOSED]~~ <br> **ORDER FOR JUDGMENT DEBTOR EXAMINATION OF PETER MALONE** |

 Having considered Plaintiffs' Application for Judgment Debtor Examination of Peter Malone, an individual, and the Declaration of Seth T. Floyd, and good cause appearing,

 ~~**IT IS HEREBY ORDERED** that Defendant/Judgment Debtor Peter Malone appear in Courtroom _____ at the United States Courthouse for the District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the ____ day of _____, 2015 at ___:___.m. to be sworn in for a Judgment Debtor Examination,~~

 **IT IS FURTHER ORDERED** that Peter Malone, appear at the offices of Laquer, Urban, Clifford & Hodge, LLP located at 4270 S. Decatur Blvd., Suite A-9, Las Vegas, Nevada, on the 8th day of May, 2015, at 10:00 a.m., and answer concerning property subject to the

1

ownership and control of Peter Malone and American Plumbers, Inc. (hereinafter collectively referred to as "Mr. Malone and/or Company").

**IT IS FURTHER ORDERED** that Peter Malone and/or Company shall produce at the offices of Laquer, Urban, Clifford & Hodge, LLP located at 4270 S. Decatur Blvd., Suite A-9, Las Vegas, Nevada, all of the following documents and things under his control, the Company's control, or under control of his agents for inspection and copying no less than **two (2) weeks prior** to the Judgment Debtor Examination:

1. All financial statements, including supporting schedules, compiled, reviewed, or audited for, on behalf of, or in connection with Peter Malone and/or Company, from January 1, 2012, to the present.

2. All original monthly bank statements of Peter Malone and/or Company, from January 1, 2012, to the present.

3. All original savings accounts pass books, certificates of deposit, and trust certificates in the name of Peter Malone and/or Company, from January 1, 2012, to the present.

4. All original negotiable instruments and negotiable securities in the name of Peter Malone and/or Company, from January 1, 2012, to the present.

5. All evidence or other memoranda of any ownership interest of Peter Malone and/or Company, in any other corporation, partnership, unincorporated association or any business organized or conducted for the production of income from January 1, 2012, to the present.

6. All evidence or other memoranda of any income received by Peter Malone and/or Company, from January 1, 2013, to the present, to include but not limited to tax returns, insurance proceeds, or repayment of loans.

7. All evidence or other memoranda of any employer, or place of work or employment of Peter Malone and/or Company, from January 1, 2012, to the present, including but not limited to contracts, invoices, billings, vouchers or payments.

8. All evidence of any ownership interest of Peter Malone and/or Company, to include but not limited to, bills of sale, pink slips or any other record or title, in any motor vehicle, airplane, boat, equipment or machinery, from January 1, 2012, to the present.

9. All evidence of any debts or payments owed to Peter Malone and/or Company, to include, but not limited to, those arising from loans or judgments.

10. All evidence of any debts or repayments owed by Peter Malone and/or Company, to include, but not limited to, those arising from loans or judgments from January 1, 2012, to the present.

11. Any and all evidence or other memoranda indicating that Peter Malone and/or Company, was either a plaintiff or a defendant in any lawsuit from January 1, 2012, to the present.

12. Any and all evidence or memoranda indicating that Peter Malone and/or Company, received any judgment, award, bequest or devise in any lawsuit or other court action from January 1, 2012, to the present.

13. Any and all evidence or memoranda indicating any ownership interest of Peter Malone and/or Company, in any patent, invention, trade name, or copyright.

14. Any and all evidence or memoranda indicating an ownership interest of Peter Malone and/or Company, in any real property or developments on real property.

15. Any and all evidence of the sale(s) of any real or personal property of Peter Malone and/or Company, from January 1, 2012, to the present.

16. Any and all loan applications filled out by Peter Malone and/or Company, since January 1, 2013.

17. Copies of all documents evidencing the sale or transfer of any assets of Peter Malone and/or Company, from January 1, 2012, to the present.

18. Any and all documents evidencing any Federal or State tax liability of Peter Malone and/or Company, from January 1, 2012 to the present.

19. Original cash disbursement journals and check registers maintained in connection with Peter Malone and/or Company, from January 1, 2012, to the present.

20. All Federal income tax returns, including all supporting schedules prepared or filed for, or on behalf of, Peter Malone and/or Company, for the years 2012 to the present.

21. All daily job logs, diaries or foreman reports of Peter Malone and/or Company, from January 1, 2012, to the present.

22. All daily job tickets or invoices of Peter Malone and/or Company, from January 1, 2012, to the present.

23. All subcontracts entered into by Peter Malone and/or Company, to perform construction projects for the time period of January 1, 2012, to the present.

24. All accounts receivable reports for Peter Malone and/or Company, for the period of January 1, 2012, to the present.

25. All canceled checks drawn on any account established in the name of Peter Malone and/or Company, from January 1, 2012, to the present.

26. All evidence of any license to include, but not limited to, any business or professional license, issued by any city, county, state or any federal government agency or department in the name of Peter Malone and/or Company.

27. Copies of all certified payroll records submitted by Peter Malone and/or Company, to any general contractor or public contracting agency for public works projects for work performed during the time period from January 1, 2012, to the present.

28. Copies of all certified payroll records submitted by Peter Malone and/or Company, to any general contractor or public contracting agency for public works projects for work performed during the time period from January 1, 2012, to the present.

29. Evidence of all payments made by Peter Malone and/or Company, to his creditors from the date of service of this Order through the date of the hearing.

////
////
////
////
////
////
////
////
////

**NOTICE TO JUDGMENT DEBTOR**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.**

Dated this __6th__ of __April__, 2015    _____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

**LAQUER, URBAN, CLIFFORD & HODGE LLP**

*/s/ Seth T. Floyd*
Michael A. Urban, Esq., Nevada State Bar No. 3875
Seth T. Floyd, Nevada State Bar No. 11959
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone:  (702) 968-8087
Electronic Mail:  murban@luch.com
                  sfloyd@luch.com
*Counsel for Plaintiffs/Judgment Creditors*